UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JERRY MAGEE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-0534** |
| **N. BURL CAIN, WARDEN** | **SECTION "C"(4)** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Contrary to the petitioner's statement that his Application for Post Conviction Relief was filed on December 15, 2007, on the face of the document itself he wrote its submission date as December 20, 2007. The petitioner mistakenly states that he had an additional 12 days beyond April 24, 2009, within which to timely file his petition in this Court under 28 U.S.C. § 2244(d). Rec. Doc. 13 at 5. Instead, the deadline for filing was April 15, 2009. Despite the petitioner's diligence, the extraordinary circumstances warranting equitable tolling do not exist in this case. Therefore,

**IT IS ORDERED** that Jerry Magee's petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE** as time barred.

New Orleans, Louisiana, this 29th day of June, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

2